# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**GRACE MANUFACTURING, INC.**                                                                     **PLAINTIFF**

v.                                **Case No. 4:15-cv-00556-KGB**

**DI-ORO LIVING, LLC.**                                                                                **DEFENDANT**

## ORDER

Before the Court is a joint motion for voluntary dismissal (Dkt. No. 3). The parties seek to dismiss the case with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The motion represents to the Court that the parties have settled this case with each party to bear its own costs, expenses, and attorneys' fees. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Grace Manufacturing, Inc.'s claims against defendant Di-Oro Living, LLC, are dismissed with prejudice.

SO ORDERED this the 14th day of December, 2015.

_____
Kristine G. Baker
United States District Judge